Thomas M. Berliner (SBN 83256)
Jolie-Anne S. Ansley (SBN 221526)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  (415) 957-3000
Facsimile:  (415) 957-3001
E-mail:tmberliner@duanemorris.com
       jsansley@duanemorris.com

John P. Coyle (admitted *pro hac vice*)
Abby C. Briggerman (admitted *pro hac vice*)
**DUNCAN & ALLEN**
1575 Eye Street, N.W., Suite 300
Washington, D.C.  20005
Telephone:  (202) 289-8400
Facsimile:  (202) 289-8450
Email: jpc@duncanallen.com
       acb@dunacnallen.com

Attorneys for MERCED IRRIGATION DISTRICT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MERCED IRRIGATION DISTRICT,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF MARIPOSA,<br><br>             Defendant. | Case No.: 12-cv-01645-LJO-SKO<br><br>**STIPULATION AND ORDER RESCHEDULING DECEMBER 12, 2012 HEARING ON MOTION TO REMAND TO DECEMBER 19, 2012** |
| COUNTY OF MARIPOSA, a political subdivision of the State of California,<br><br>             Counter Claimant,<br><br>     v.<br><br>MERCED IRRIGATION DISTRICT, a California irrigation district,<br><br>             Counter Defendant. | |

# STIPULATION

Whereas, on September 5, 2012, the District initiated this proceeding by filing its complaint for declaratory relief, pursuant to Cal. Code Civ. Pro. § 1060, in the Superior Court for Merced County, California.

Whereas, on October 5, 2012, the County removed this action by notice pursuant to 28 U.S.C. § 1441, and filed its answer and counterclaim to the District's complaint.

Whereas, on November 2, 2012, the District moved, pursuant to 28 U.S.C. § 1447(c), to remand this action to the Superior Court. The District also moved, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the County's counterclaim. The motion to remand is currently scheduled to be heard on December 12, 2012, and hearing on the motion to dismiss has been deferred pending ruling on the motion to remand.

Whereas, counsel for the District was notified on November 15 that he will be required to present oral argument before the Michigan Court of Appeals on December 12, and the parties wish to obtain earliest practicable ruling on the motion to remand.

Based on the foregoing, the Parties stipulate to reschedule the hearing on the District's motion to remand to December 19, 2012 at 9:30 a.m. (and respectfully request an 8:30 a.m. hearing if at all possible, due to the fact that Oliver W. Wanger, counsel who will argue the motion to remand for the County, proposes to request a deferred start to an ongoing trial in Superior Court in order to present argument in this Court).

The Parties further agree that this stipulation may be executed in counterparts.

Dated: November 19, 2012    **WANGER JONES HELSLEY PC**

By:    /s/ Oliver W. Wanger
       Oliver W. Wanger
       Kurt F. Vote
       Attorneys for Defendant and Counter Claimant
       County of Mariposa

| | |
|---|---|
| Dated: November 19, 2012 | **DUANE MORRIS LLP** |
| | By:  /s/ Jolie-Anne Ansley<br>Thomas M. Berliner<br>Jolie-Anne Ansley<br>Attorneys for Plaintiff and Counter Defendant<br>Merced Irrigation District |
| Dated: November 19, 2012 | **DUNCAN & ALLEN** |
| | By:  /s/ John P. Coyle<br>John P. Coyle<br>Abby C. Briggerman<br>Attorneys for Plaintiff and Counter Defendant<br>Merced Irrigation District |

## ORDER

Pursuant to the parties' stipulation, the Court hereby reschedules the hearing on Merced Irrigation District's motion to remand to **December 19, 2012, at 8:30 a.m.**  Defendant shall file an opposition brief **no later than December 5, 2012**, and Plaintiff may file a reply brief **no later than December 12, 2012.**

IT IS SO ORDERED.

Dated:   **November 21, 2012**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE