Thomas M. Berliner (SBN 83256)
Jolie-Anne S. Ansley (SBN 221526)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  (415) 957-3000
Facsimile:  (415) 957-3001
E-mail:tmberliner@duanemorris.com
        jsansley@duanemorris.com

John P. Coyle (admitted *pro hac vice*)
Abby C. Briggerman (admitted *pro hac vice*)
**DUNCAN & ALLEN**
1575 Eye Street, N.W., Suite 300
Washington, D.C.  20005
Telephone:  (202) 289-8400
Facsimile:  (202) 289-8450
Email: jpc@duncanallen.com
        acb@dunacnallen.com

Attorneys for MERCED IRRIGATION DISTRICT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MERCED IRRIGATION DISTRICT,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF MARIPOSA,<br><br>            Defendant. | Case No.: 12-cv-01645-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING DECEMBER 13, 2012, SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES** |
| COUNTY OF MARIPOSA, a political subdivision of the State of California,<br><br>            Counter Claimant,<br><br>     v.<br><br>MERCED IRRIGATION DISTRICT, a California irrigation district,<br><br>            Counter Defendant. | |

**STIPULATION**

Whereas, on September 5, 2012, the District initiated this proceeding by filing its complaint for declaratory relief, pursuant to Cal. Code Civ. Pro. § 1060, in the Superior Court for Merced County, California.

Whereas, on October 5, 2012, the County removed this action by notice pursuant to 28 U.S.C. § 1441, and filed its answer and counterclaim to the District's complaint.

Whereas, by entry dated October 17, 2012, Magistrate Judge Oberto set a scheduling conference in this proceeding for December 13, 2012, and directed the parties to submit their scheduling report no later than December 6, 2012.

Whereas, on November 2, 2012, the District moved, pursuant to 28 U.S.C. § 1447(c), to remand this action to the Superior Court.  The District also moved, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the County's counterclaim.  The motion to remand is scheduled to be heard on December 12, 2012, and hearing on the motion to dismiss has been deferred pending ruling on the motion to remand.

Whereas, the parties wish to avoid the cost of preparing for and appearing at the December 13, 2012 scheduling conference unless and until the Court were to deny the motion to remand.

Based on the foregoing, the Parties stipulate to defer the Rule 26 scheduling meeting, the exchange of Rule 26 disclosures, the joint scheduling report to the Court, and the Scheduling Conference presently set for December 13, 2012 pending the Court's hearing and ruling on the pending motion to remand.  The parties further request the Court to set an adjourned date for the scheduling conference no earlier than 60 days after entry of an order ruling on the motion to remand, with the parties' Rule 26(a)(1) and (2) disclosures due within 14 days thereafter, the parties' Rule 26(f) conference to have been completed no later than 21 days prior thereto and the parties' report on their Rule 26(f) conference due no later than seven calendar days prior to the scheduling conference.

The Parties further agree that this stipulation may be executed in counterparts.

| | | |
|---|---|---|
| Dated: November 19, 2012 | | **WANGER JONES HELSLEY PC** |
| | By: | /s/ Oliver W. Wanger |
| | | Oliver W. Wanger |
| | | Kurt F. Vote |
| | | Attorneys for Defendant and Counter Claimant |
| | | County of Mariposa |
| | | |
| Dated: November 19, 2012 | | **DUANE MORRIS LLP** |
| | By: | /s/ Jolie-Anne Ansley |
| | | Thomas M. Berliner |
| | | Jolie-Anne Ansley |
| | | Attorneys for Plaintiff and Counter Defendant |
| | | Merced Irrigation District |
| | | |
| Dated: November 19, 2012 | | **DUNCAN & ALLEN** |
| | By: | /s/ John P. Coyle |
| | | John P. Coyle |
| | | Abby C. Briggerman |
| | | Attorneys for Plaintiff and Counter Defendant |
| | | Merced Irrigation District |

## ORDER

Pursuant to the parties' stipulation, the Court continues the December 13, 2012, Scheduling Conference to April 2, 2013, at 9:30 a.m. The parties' Rule 26(f) conference shall be completed no later than March 12, 2013; the parties' report on their Rule 26(f) conference shall be filed no later than March 26, 2013; and the parties' Rule 26(a)(1) and (2) disclosures shall be served no later than April 16, 2013.

IT IS SO ORDERED.

Dated:   **November 21, 2012**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE