**WANGER JONES HELSLEY PC**
Oliver W. Wanger, #40331
Kurt F. Vote, #160496
John P. Kinsey, #215916
David E. Cameron, #278061
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

**MARIPOSA COUNTY COUNSEL**
Steven W. Dahlem, #135498
5100 Bullion St.
P. O. Box 189
Mariposa, CA 95338
Telephone: (209) 966-3222
Facsimile: (209) 966-5147

Attorneys for: Defendant and Counterclaimant County of Mariposa

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERCED IRRIGATION DISTRICT, a California irrigation district,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIPOSA, a political subdivision of the State of California,<br><br>Defendant. | **Case Number: 1:12-cv-01645-LJO-SKO**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |
| COUNTY OF MARIPOSA,<br><br>Counterclaimant,<br><br>v.<br><br>MERCED IRRIGATION DISTRICT,<br><br>Counter-Defendant. | |

///

///

///

{7213/002/00401230.DOC}

1         **WHEREAS** on March 4, 2013, Magistrate Judge Sheila K. Oberto issued Findings and Recommendations that Plaintiff Merced Irrigation District's ("MID") Motion to Remand this case to Merced County Superior Court be Granted (ECF Doc. No. 27.).

        **WHEREAS** the parties are presently required to file any written objections to the Findings and Recommendations within fourteen (14) days of service, resulting in a filing deadline of March 18, 2013.

        **WHEREAS** Defendant County of Mariposa ("Mariposa") intends to file written objections to the Findings and Recommendations.

        **WHEREAS** Oliver W. Wanger and John P. Kinsey are the lead attorneys for Mariposa with regard to briefing this case in federal court, and are both required to devote a significant amount of time and attention to the drafting of objections to the Magistrate Judge's Findings and Recommendations.

        **WHEREAS** Mr. Wanger has a trial in Kern County Superior Court in the matter of *Michael P. Dolan v. Thomas J. Anton*, case number S-1500-CV 274058-SPC, beginning on March 18, 2013, and depositions scheduled on March 13 and 14, 2013, one of which is related to his upcoming trial.

        **WHEREAS** Mr. Kinsey has a Supplemental Brief to the California Fifth District Court of Appeal due on March 18, 2013, in *Poet, LLC & James M. Lyons v. California Air Resources Board, et al.*, case number F064045, which was requested by the Court on February 26, 2013.

        **WHEREAS** counsel for Mariposa and MID have met and conferred regarding Mariposa's request for an extension of time, and have agreed to extend time for the filing of written objections to the Findings and Recommendation by ten (10) days to March 28, 2013.

        **WHEREAS** Mariposa and MID respectfully request that this Court Order an extension of time for the filing of written objections to the Findings and Recommendation by ten (10) days to March 28, 2013.

        **IT IS HEREBY STIPULATED**, by and between Mariposa and MID, by and through their respective counsel, that:

The deadline for filing written objections to the Findings and Recommendations That Plaintiff's Motion To Remand Be Granted be extended by ten (10) days to March 28, 2013.

DATED: March 11, 2013　　　　　　　　WANGER JONES HELSLEY PC

　　　　　　　　　　　　　　　　　　By:　/s/ John P. Kinsey
　　　　　　　　　　　　　　　　　　　　John P. Kinsey
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　County of Mariposa


DATED: March 11, 2013　　　　　　　　DUNCAN & ALLEN

　　　　　　　　　　　　　　　　　　By:　/s/ John P. Coyle
　　　　　　　　　　　　　　　　　　　　John P. Coyle
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Merced Irrigation District

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the deadline for any party to file written objections to the Findings and Recommendations That Plaintiff's Motion To Remand Be Granted shall be extended by ten (10) days to March 28, 2013.

IT IS SO ORDERED.

Dated:　**March 12, 2013**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE